| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  |
|---|---|---|
| MANUEL ALANIZ RIOS, *et al.*, | § § | |
| Plaintiffs, | § § | |
| *versus* | § | CIVIL ACTION NO. 1:13-CV-387 |
| TURNER INDUSTRIES GROUP, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

The Court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation on the parties' joint motion to approve their settlement. Judge Giblin recommended that the Court grant the motion by finding that the proposed settlement in this matter is a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act (FLSA). The parties have not objected to the magistrate judge's recommendation. Having considered the magistrate judge's report and the lack of opposition to his findings and recommendation, the Court **ORDERS** that the Report and Recommendation (#78) and the specific findings therein are **ADOPTED**. It is further **ORDERED** that the Joint Motion to Approve Settlement (#77) is **GRANTED**.

SIGNED at Beaumont, Texas, this 9th day of March, 2016.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE